IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOWFIN YACHTS, INC., a Florida corporation,

        Plaintiff,

CASE NO. 8:15-cv-990-T-23TGW

vs.

BARKER BOATWORKS, LLC, a Florida limited liability company, and KEVIN BARKER, an individual,

        Defendants.

_____/

## NOTICE OF RELATED ACTIONS

Plaintiff, Yellowfin Yachts, Inc., by and through its undersigned counsel and pursuant to the Court's Order dated April 28, 2015 (D.E. 5) and Local Rule 1.04, hereby submits its notice of related actions: **Plaintiff is unaware of any similar or successive case.**

Dated: June 8, 2015

Respectfully submitted,

ESPINOSA | TRUEBA PL

By: s/William R. Trueba, Jr.
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@etlaw.com
Jorge Espinosa, Esq.
Florida Bar No.  779032
Jespinosa@etlaw.com
Espinosa | Trueba P.L.
1428 Brickell Avenue
Suite 100
Miami, FL 33131
Tel: 305-854-0900
Fax: 855-854-0900
*Counsel for Plaintiff*
*Yellowfin Yachts, Inc.*

KATZ BARRON SQUITERO FAUST

John R. Squitero, Esq.
Florida Bar No. 121196
JRS@katzbarron.com
2699 South Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
*Counsel for Plaintiff*
*Yellowfin Yachts, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   /s/  William R. Trueba, Jr.
                                                                     William R. Trueba, Jr.

## SERVICE LIST

*Yellowfin Yachts, Inc., v. Barker Boatworks, LLC, and Kevin Barker.*
Case No. 15-cv-00990-T-23TGW
United States District Court, Middle District of Florida

| | |
|---|---|
| William R. Trueba, Jr., Esq. | Brian R. Gilchrist, FL Bar #774065 |
| Florida Bar No. 117544 | bgilchrist@addmg.com |
| Wtrueba@etlaw.com | Brock A. Hankins, FL Bar #112531 |
| Jorge Espinosa, Esq. | bhankins@addmg.com |
| Florida Bar No.779032 | Allen, Dyer, Doppelt, Milbrath |
| jespinosa@etlaw.com | & Gilchrist, P.A. |
| ESPINOSA|TRUEBA, PL | 255 South Orange Avenue, Suite 1401 |
| 1428 Brickell Ave., Suite 100 | Orlando, FL 32801 |
| Miami, Florida 33131 | Telephone: (407) 841-2330 |
| Tel:   (305) 854-0900 | Facsimile: (407) 841-2343 |
| Fax:   (855) 854-0900 | *Counsel for Defendants* |
| *Attorneys for Plaintiff* | *via CM/ECF* |
| *via CM/ECF* | |

John R. Squitero, Esq.
Florida Bar No.
JRS@katzbarron.com
2699 South Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
*Counsel for Plaintiff*
*Via CM/ECF*