# EXHIBIT F



# Confidential Report #2
# Yellowfin Yachts, Inc.
July 1, 2016

---

*The following is a preliminary report, provided for the benefit of the client. Sylint's evaluation, observations, findings and recommendations are based on currently available information and may be subject to modification or change based on new or further details unavailable or as of yet not determined at the time of this report.*

---



Sylint has been engaged by the law firm of Espinosa Trueba Martinez PL to provide, among other things, a report of computer related activities based on a specific Apple iMac computer that was used by Kevin Barker, an ex-employee of Yellowfin Yachts, Inc.

Sylint had obtained a forensic image of that Apple iMac Computer, Model A-1224 (serial number W88454N3ZE2, Sylint Evidence Item 2), which computer had been issued to Kevin Barker by Yellowfin during his employment with that company. Sylint has examined the forensic image and provides the following preliminary report.

The installed operating system was Mac OS X version 10.5.4, with a user account named "kevinbarker" which was configured for auto login using password "yellowfin." According to Yellowfin, Mr. Barker's employment terminated on May 23, 2014.

Further to our original report, dated April 25, 2016, we were subsequently requested to review documents produced by the defendant in response to the plaintiffs Request for Production. In the above cited report, Sylint identified approximately 544 files that had been accessed on the defendant's computer on May 22, 2014. The pattern of reported access was consistent with files that had been copied sequentially (excerpt below).

| Name | Type | Size | Path | Accessed |
|---|---|---|---|---|
| 133530.emlx | emlx | 2615 | \Users\kevinbarker\Library\Mail\POP-yfy.kevin@pop.gmail.com\INBOX.mbox\Messages | 05/22/2014 07:24:43 |
| Upper Tower Box.jpg | jpg | 882841 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\Bay options | 05/22/2014 07:29:51 |
| Pegram.JPG | jpg | 98977 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\Pegram Pics | 05/22/2014 07:30:47 |
| sc001650c9.jpg | jpg | 2122485 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2007\My Pictures | 05/22/2014 07:30:57 |
| DSCN1219.JPG | jpg | 1521122 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\1980\Fishing Pics | 05/22/2014 07:31:17 |
| Power Pole Brackets 1.JPG | jpg | 803590 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\Bay options | 05/22/2014 07:31:47 |
| IMG00052-20090511-0959.jpg | jpg | 438707 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\29,32,34,36,39,42 | 05/22/2014 07:32:03 |
| DSCN1508.JPG | jpg | 1005827 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\29,32,34,36,39,42 | 05/22/2014 07:32:28 |
| Dahl Tower 2.JPG | jpg | 73908 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\Dahl Tower Warranty | 05/22/2014 07:33:19 |
| Sandidge 2.JPG | jpg | 100798 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2008\Sandidge Pictures | 05/22/2014 07:53:16 |
| 3 weeks post.JPG | jpg | 107430 | \Users\kevinbarker\Pictures\iPhoto Library\Modified\2013\Baylee Cut | 05/22/2014 07:53:47 |
| DSCN1511.JPG | jpg | 1142584 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\21 Hybrid | 05/22/2014 07:53:52 |
| get-attachment-1.aspx_3.jpg | jpg | 12484 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\29,32,34,36,39,42 | 05/22/2014 07:54:07 |
| IMAG0213.jpg | jpg | 1438579 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\29,32,34,36,39,42 | 05/22/2014 07:54:12 |
| Hardtop Tower 2.JPG | jpg | 1523318 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\Bay options | 05/22/2014 07:55:38 |
| Removable Crows Nest .jpg | jpg | 454590 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\Bay options | 05/22/2014 07:56:49 |
| DSCN1152.JPG | jpg | 1555005 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\29,32,34,36,39,42 | 05/22/2014 07:57:14 |
| Console Interior.JPG | jpg | 116039 | \Users\kevinbarker\Pictures\iPhoto Library\Modified\2006\Bay options | 05/22/2014 07:57:25 |
| Before 2.JPG | jpg | 122666 | \Users\kevinbarker\Pictures\iPhoto Library\Modified\2013\Baylee Cut | 05/22/2014 07:57:50 |
| hplogo.tif | tif | 22200 | \Applications\Hewlett-Packard\HP Device Manager.app\Contents\Resources | 05/22/2014 08:08:39 |
| Action.tif | tif | 15852 | \Applications\Hewlett-Packard\HP Device Manager.app\Contents\Resources | 05/22/2014 08:08:39 |
| Heauther 24.xls | xls | 446464 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Myers, William.xls | xls | 446464 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Rivera, Hector 24.xls | xls | 446976 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Scigliano, Nick 05/12/14.xls | xls | 454656 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Bourque, Scott.xls | xls | 445952 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Workman.xls | xls | 446464 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| Skeeter 21.xls | xls | 446464 | \Users\kevinbarker\Desktop\Customer Service | 05/22/2014 08:14:26 |
| DSCN1264.JPG | jpg | 1541057 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\21 Hybrid | 05/22/2014 08:31:14 |
| Dahl Tower 3.JPG | jpg | 72682 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\Dahl Tower Warranty | 05/22/2014 08:31:23 |
| Tilt Out Storage.jpg | jpg | 7823 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\morris pictures | 05/22/2014 08:31:28 |
| Morris.JPG | jpg | 113076 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\morris pictures | 05/22/2014 08:31:53 |
| 21 T-Top 2.jpg | jpg | 1271370 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\21 Hybrid | 05/22/2014 08:31:59 |
| DSC02223.JPG | jpg | 1282569 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\1980\Fishing Pics | 05/22/2014 08:32:54 |
| IMAG0005.jpg | jpg | 2067684 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2006\21 Hybrid | 05/22/2014 08:33:09 |
| Big Kings.jpg | jpg | 169995 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\1980\Fishing Pics | 05/22/2014 08:33:15 |
| Bergerman.JPG | jpg | 112736 | \Users\kevinbarker\Pictures\iPhoto Library\Originals\2013\Bergerman 39 | 05/22/2014 08:33:20 |



On May 25, 2016 plaintiff's counsel provided Sylint with a link to an online repository, https://shareSync.serverdata.net/web/s/0eOVW4ZBEbzqRgvWNgHjPr to download the following materials, represented as being produced by the defendant:

| | | | | |
|---|---|---|---|---|
| BARKER 004271-006231 (AEO) | 802 852 879 | 637 488 019 | 2016-05-20 11:39 |
| BARKER 004269.pdf | 242 698 | 224 483 | 2016-05-11 11:43 |
| BARKER 004270.pdf | 162 959 | 149 600 | 2016-05-11 11:45 |
| BARKER 006232-006237.pdf | 7 142 806 | 5 663 864 | 2016-05-20 15:37 |
| BARKER 006238-006254.pdf | 22 070 879 | 21 935 777 | 2016-05-20 15:38 |

The above 5,032 files were processed using Xways and a unique HASH (SHA-1) value was generated for each file. These HASH values were then compared to the HASH (SHA-1) values of the 544 files referenced in the initial report in an effort to identify which files that had been accessed by the defendant had also been produced by the defendant. Based on an analysis of the unique HASH values, only three files accessed by the defendant on 5/22/2104 were produced by the defendant.

| Hash (SHA-1) From 554 accessed files | Name | Type | Size | Path | Accessed |
|---|---|---|---|---|---|
| C0E90668ADBD734C2CE1DFECC44AEC4F4808F682 | Ameratrail Trailers.xls | xls | 35840 | \\Users\kevinbarker\Desktop\YF Pricing/Brochure | 05/22/2014 08:57:36 |
| 1707D4CE04263564EF028129BDA6D5FB68E265B9 | Ameratrail Order Form.xls | xls | 35840 | \\Users\kevinbarker\Desktop\YF Pricing/Brochure | 05/22/2014 08:57:36 |
| 59CCF3184309FB7C5688A40BC218299294714AB2 | Kent Richards.xls | xls | 154624 | \\Users\kevinbarker\Desktop\Quotes | 05/22/2014 13:07:29 |

Prepared by John E. Jorgensen
July 1, 2016