UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOWFIN YACHTS, a Florida corp.

v.

BARKER BOATWORKS, LLC, etc., *et al.*,

CASE No. 8:15-CV-990-T-23TGW

## ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Motion to File Documents Under Seal in Support of its Response in Opposition to Defendants' Motion for Summary Judgment (Doc. 108).

It is, upon consideration

ORDERED:

That the Plaintiff's Motion to File Documents Under Seal in Support of its Response in Opposition to Defendants' Motion for Summary Judgment (Doc. 108) is hereby **GRANTED** and the plaintiff may file **under seal** excerpts from the deposition testimony of Wylie Nagler and Kevin Barker, and the expert report of Rhonda J. Harper.

DONE and ORDERED at Tampa, Florida, this 30th day of August, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE