UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOWFIN YACHTS, a Florida corp.

v. : CASE No. 8:15-CV-990-T-23TGW

BARKER BOATWORKS, LLC, etc., *et al.*,

## ORDER

THIS CAUSE came on for consideration upon the Defendants' Unopposed Motion for Leave to File Certain Documents Under Seal in Support of Their Motions to Exclude the Testimony of Plaintiff's Experts (Doc. 121).

It is, upon consideration

ORDERED:

That the Defendants' Unopposed Motion for Leave to File Certain Documents Under Seal in Support of Their Motions to Exclude the Testimony of Plaintiff's Experts (Doc. 121) is hereby **GRANTED** and the defendants may file **under seal** the expert reports and deposition transcripts of Kara Sharp and Rhonda Harper.

DONE and ORDERED at Tampa, Florida, this 6th day of September, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE