UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOWFIN YACHTS, INC.,

    Plaintiff,

v.                                                      CASE NO. 8:15-cv-990-T-23TGW

BARKER BOATWORKS, LLC, *et al.*,

    Defendants.

_____

## PRETRIAL ORDER

THIS CAUSE came to be heard at a final pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., and Local Rule 3.06. It is, therefore, upon consideration,

    ORDERED:

    1. That this cause shall proceed to trial on the parties' joint pretrial statement (Doc. 183) and any supplements thereto, which, in accordance with Rule 16 and Local Rule 3.06, shall govern the subsequent course of the action unless otherwise modified by order of the court.

    2. That on or before October 28, 2016, the parties shall file supplemental witness lists identifying each witness by name, address, and telephone number. Thus, the defendants shall provide the names of the

corporate representatives they intend to call as witnesses. Any witness for whom this information is not provided may have his or her testimony objected to at trial.

3. That no later than October 31, 2016, the parties shall meet and mark the opposing side's exhibits, unless the parties agree in writing that there is no objection to a listed exhibit on the ground that it was not made available for inspection prior to trial. Absent such agreement, any listed exhibit not marked by opposing counsel may be objected to at trial on the ground that it was not made available for inspection prior to trial.

DONE and ORDERED at Tampa, Florida, this 27th day of October, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE